263 So.2d 45

STATE of Louisiana ex rel. Enoch
McQUEEN, Jr.

v.

STATE of Louisiana et al.

No. 52578.

June 20, 1972.

Writs refused. Since the date for settling bills of exceptions has been fixed for July 31, 1972 and the return of the appeal extended to Aug. 14, 1972, it would appear that the relief sought by applicant has been obtained.

263 So.2d 45

STATE of Louisiana ex rel. Salvadóre
John LOCASCIO

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52565.

June 20, 1972.

BARHAM, J., is of the opinion the writ should be granted. Neither the release of the prisoner on the Governor's "communitative probation" nor his return by executive order are provided for in law. See R.S. 15:572 et seq. as amended by Acts 1968 No. 186. The record does not reflect that the trial judge had knowledge of "parole violation" in order to determine if new sentences should be concurrent or consecutive.